# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: iaguilar | Date Created: 6/20/2014 |
| Case: 14−03075 | Form ID: ODSCY | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla      JBL Beverage Company, LLC

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft      John Steven Metheny      PO Box 470594      San Francisco, CA 94147
aty      George L. Hampton      Hampton Holley LLP      2101 East Coast Highway #260      Corona del Mar, CA 92625

TOTAL: 2