# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: iaguilar | Date Created: 6/23/2014 |
| Case: 14−03075 | Form ID: SUM | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty     George L. Hampton     Hampton Holley LLP     2101 East Coast Highway #260     Corona del Mar, CA 92625

TOTAL: 1